■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JOHNSON, Appellant. [18 NYS3d 849]—Judgment, Supreme Court, Bronx County (Ethan Greenberg, J., at plea; Raymond L. Bruce, J., at sentencing), rendered July 17, 2014, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him to an aggregate term of 1½ years of imprisonment, to be followed by two years of postrelease supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Andrias, Saxe and Moskowitz, JJ.